Maynard N. Clement, as State Commissioner of Excise, Respondent, v. Christine Larson et al., Appellants.

*Clement* v. *Larson*, 122 App. Div. 922, affirmed.
(Argued November 20, 1908; decided December 8, 1908.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered Feb-

ruary 7, 1908, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon a liquor tax bond.

*R. H. Towner, Lucius A. Waldo* and *P. A. McManus* for appellants.

*Herbert H. Kellogg* and *Albert O. Briggs* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.